## GEORGE WASHINGTON ROUSE AND SILAS SMITH *versus* STEPHEN MACK AND OTIS FISHER

JOURNAL ENTRIES (1819–26): *Journal 2:* (1) Appearances *p. 687; (2) declaration filed, rule to plead *p. 714. *Journal 3:* (3) Rule to plead *p. 82; (4) affidavit for continuance filed *p. 83; (5) death suggested, motion for judgment overruled, notice to administrators ordered *p. 216; (6) motion for rule to plead *p. 314; (7) rule to plead, plea filed *p. 370; (8) continued *p. 442; (9) continued *p. 503. *Journal 4:* (10) Discontinued MS p. 8; (11) judgment for costs MS p. 92.

PAPERS IN FILE: (1) Precipe for habeas corpus and certiorari; (2) writ of habeas corpus cum causa; (3) transcript of county court records; (4) transcript of declaration; (5) notice of taking deposition; (6) precipe for subpoena; (7) subpoena; (8) deposition of James Allen; (9) precipe for subpoena; (10) subpoena; (11) affidavit for continuance; (12) precipe for subpoena; (13) subpoena; (14) precipe for subpoena; (15) subpoena; (16) precipe for subpoena; (17) plea in abatement; (18) precipe for subpoena; (19) subpoena; (20) notice to administrators; (21) bill of particulars; (22) precipe for subpoena; (23–26) subpoenas; (27) affidavit for continuance; (28) draft of order for judgment for costs.

*Office Docket,* MS p. 91, c. 36. (Case 39 of 1820)